UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | Case No. 6:18-cv-00188-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Realtime Data LLC ("Realtime") and Defendant International Business Machines Corporation ("IBM") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

The parties have reached a settlement in principle and expect an agreement to be completed (and dismissal papers filed) within 30 days. Accordingly, the parties respectfully request that the Court stay all proceedings in this case and all pending deadlines between Realtime and IBM by 30 days.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted with this joint motion as set forth above.

Dated:  September 7, 2018                Respectfully submitted,

                                                          By: /s/ C. Jay Chung

Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Christian Conkle (CA SB No. 306374)
Email: cconkle@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

**Attorneys for Plaintiff**
**REALTIME DATA LLC d/b/a IXO**


By: /s/ Brent P. Ray
Brent P. Ray (IL SBN 6291911)
Email: brent.ray@kirkland.com
Ryan M. Hubbard (IL SBN 6296777)
Email: ryan.hubbard@kirkland.com
**KIRKLAND & ELLIS LLP**
300 N LaSalle Blvd
Chicago, IL 60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

**Attorneys for Defendant**
**INTERNATIONAL BUSINESS MACHINES**
**CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on September 7, 2018.

/s/ C. Jay Chung