# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| REALTIME DATA LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Defendant. | C.A. No. 6:18-CV-00188-JRG |

## JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(2)

WHEREAS, Plaintiff Realtime Data LLC ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant") have resolved the disputes raised in this action.

In accordance therewith, Plaintiff has agreed to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and among the parties, that all claims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

So Stipulated and Requested.

Dated: September 28, 2018

Respectfully submitted,

By: /s/ *C. Jay Chung*
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)

Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

**Attorneys for Plaintiff**


By: /s/ *Brent Ray*
Brent Ray (IL SBN 6291911)
Email: brent.ray@kirkland.com
Ryan Hubbard (IL SBN 6296777)
Email: ryan.hubbard@kirkland.com
**KIRKLAND & ELLIS LLP**
300 N LaSalle Blvd
Chicago, IL 60054
Telephone: 312-862-2000
Facsimile 312-862-2200

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via electronic service on September 28, 2018.

/s/ C. Jay Chung