# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| REALTIME DATA LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Defendant. | C.A. No. 6:18-CV-00188-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Realtime Data LLC ("Plaintiff") and Defendant International Business Machines Corporation's ("Defendant") Joint Motion to Dismiss With Prejudice Pursuant to Rule 41(a)(2). (Dkt. No. 27.) Having considered the Joint Motion, the court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims between the Parties are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 2nd day of October, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE